480 P.2d 739

The STATE of Utah, Plaintiff and
Respondent,

v.

David Craig CARLSEN, Defendant
and Appellant.

No. 11876.

Supreme Court of Utah.

Feb. 5, 1971.

David Craig Carlsen, pro se.

Vernon B. Romney, Atty. Gen., Lauren
N. Beasley, Asst. Atty. Gen., Salt Lake
City, for plaintiff and respondent.

TUCKETT, Justice:

The defendant was found guilty of at-
tempted second-degree burglary, and from
the verdict and the judgment of the court
sentencing the defendant to a term in the
Utah State Prison he has appealed. The
sole basis of the defendant's appeal is
that the trial court failed to furnish him
without cost copies of minute entries and
a transcript of the proceedings of his trial.
The record belies defendant's contention
in that it shows that the court below did in
fact make an order directing the clerk to
furnish the defendant a true and com-
plete copy of the documents, minute entries
and a transcript of the proceedings with-
out cost to the defendant. The record also
shows that the defendant was notified that
the transcript filed in this court would be
made available to him for the purpose of
aiding him in this appeal.

It appears that the defendant's contentions before this court are without merit and the verdict and judgment of the court below are affirmed.

CALLISTER, C. J., and HENRIOD, ELLETT and CROCKETT, JJ., concur.